UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CAMERON KEMP** | **CIVIL ACTION NO. 24-cv-1598** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHAEL POWERS ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 8] filed by Plaintiff Cameron Kemp ("Plaintiff"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that all of Plaintiff's federal law claims against all defendants are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that this Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and as such, these claims are hereby **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 23rd day December 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE